IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE LEE PEARSON,
    Plaintiff,

vs.                                       Case No.:  3:19cv333/LAC/EMT

J.M. SANTIAGO, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  By order of this court dated February 6, 2019, Plaintiff was given thirty (30) days in which to pay the filing fee or file a completed motion to proceed in forma pauperis on the court-approved form (ECF No. 5).  The court subsequently extended the deadline to April 5, 2019 (*see* ECF Nos. 7, 8).  Plaintiff failed to pay the filing fee or file a motion to proceed in forma pauperis by the extended deadline; therefore, on April 15, 2019, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 9).  The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the filing fee, file a motion to proceed in forma pauperis

on the court-approved form, show cause for his failure to do so, or otherwise respond in any manner.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 22nd day of May 2019.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.